JAP:NEM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

JUAN ALEX CEDENO,

               Defendant.

- - - - - - - - - - - - - -X

14M379

AFFIDAVIT AND
COMPLAINT IN
SUPPORT OF
APPLICATION FOR
ARREST WARRANT

(29 U.S.C. § 501(c))

EASTERN DISTRICT OF NEW YORK, SS:

      GREGG CAUTERO, being duly sworn, deposes and states that he is a Federal Investigator with the Office or Labor-Management Standards, duly appointed according to law and acting as such.

      In or about and between April 2009 and October 2011, within the Eastern District of New York and elsewhere, the defendant JUAN ALEX CEDENO, the former president of the Steelworkers, Local 4-318 union, did embezzle, steal or unlawfully and willfully abstract or convert to his own use, or the use of another, any of the moneys, funds, securities, property, or other assets of a labor organization of which he was an officer.

      (Title 29, United States Code, Section 501(c))

      The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1. I am a Federal Investigator with the Office of Labor-Management Standards and have been involved in the investigation of numerous cases involving embezzlement. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2. From 2006 through 2011, JUAN ALEX CEDENO[2] was the president of the Steelworkers Local 4-318 union and the trustee of the Steelworkers Local 4-318 union health and welfare fund.

3. Cedeno was the only person with access to the health and welfare fund's debit card. A review of records for the health and welfare fund's debit card reveal that between April 2009 and October 2011 Cedeno used the card to incur numerous unauthorized and personal charges, including purchases from retailers such as Best Buy and Guess; purchases from pet stores and various local restaurants; hotel, airfare and rental car purchases in places such as Atlantic City, New Jersey, Las Vegas, Nevada, Puerto Rico and the Dominican Republic; and purchases as adult entertainment clubs totaling $58,303.

4. A review of the Union's bank records show that from June 2009 through September 2010 JUAN ALEX CEDANO co-signed checks totaling $35,661.51 that transferred funds from the Steelworkers Local 4-318 union's checking account to the health and welfare fund in an apparent attempt to cover some of the unauthorized charges he had made on the

---

[2] Cedeno was known as Alex at the Steelworkers Local 4-318 union.

health and welfare fund's debit card. Some of the checks included memos that noted that they were to cover Alex's charges.

WHEREFORE, your deponent respectfully requests that the defendant JUAN ALEX CEDENO, be dealt with according to law.

_____
GREGG CAUTERO
Federal Investigator, Office or Labor-Management Standards

Sworn to before me this
21 day of April, 2014

_____ S/ Pollak _____
THE HONOR...K
UNITED ST...E
EASTERN D